# JONATHAN SAVELLA

ATTORNEY AT LAW
40 Exchange Place, Ste. 1800
New York, NY 10005

(646) 801-2184                  jonathan.savella@gmail.com

**MEMO ENDORSED**

April 22, 2021

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Richard Witcher*, No. 17-cr-569 (ER)

Dear Judge Ramos:

    Richard Witcher's passport, seized at the time of his arrest, is currently in the possession of Pretrial Services in this District. As today marks the final day of Mr. Witcher's supervised release, the passport should be returned.

    Accordingly, Mr. Witcher respectfully requests an order authorizing Pretrial Services to return his passport or, in the alternative, release the document to the undersigned.

                                           Respectfully,

                                           /s/

                                           Jonathan Savella

cc:     all counsel (via ECF)

---

Defendant's request is granted. The Clerk of Court is respectfully directed to terminate the motion. Doc. 273.

So ordered.

_____
Edgardo Ramos, U.S.D.J
Dated: 5/7/2021
New York, New York